**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2015

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Ms. Maribel Rosales Gomez
Christina Melton Crain Unit 1401
State School Road
Gatesville, TX 76599-2999

Hon. Johnathan T. Ball
Attorney at Law
6521 N. 10th Street, Ste. A
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00071-CR
Tr.Ct.No.  CR-1850-14-J
Style:    Maribel Rosales Gomez v. The State of Texas

Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of September 21, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch